**Judy SKINNER, Plaintiff—Appellant,**

v.

**QUINTILES TRANSNATIONAL CORPORATION, Defendant— Appellee.**

No. 03–1450.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2003.

Decided Dec. 5, 2003.

Roger Rizk, Charlotte, North Carolina, for Appellant.

Rosemary G. Kenyon, Zebulon D. Anderson, Kathryn R. Valeika, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., Raleigh, North Carolina, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Judy Skinner appeals the district court's order accepting the recommendation of the magistrate judge granting summary judgment to Defendant and dismissing Skinner's action brought pursuant to the American with Disabilities Act, 42 U.S.C. § 12102(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Skinner v. Quintiles Transnational Corp.*, No. 01CV1123, 2002 WL 32065740 (M.D.N.C. Mar. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*